AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| HAROLD ENCINIAS <br> *Plaintiff(s)* <br> v. <br> SSBNET, INC., and RUSSELL STRAUB <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:20-cv-3191-PAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RUSSELL STRAUB
25238 Red Cloud Drive
Conifer, Colorado 80433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   October 26, 2020                               s/ A.Hinojosa-Lavalle
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-3191-PAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RUSSELL STRAUB was received by me on *(date)* Nov 11, 2020, 3:55 pm.

[X] I personally served the summons on the individual at *(place)* 33468 BLUEBELL CIR., EVERGREEN, CO 80439 on *(date)* Mon, Dec 28, 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 12/29/2020

*Server's signature*

Fred Lowe - Process Server

*Printed name and title*

312 11TH AVE., LONGMONT, CO 80501

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 28, 2020, 12:20 pm at 33468 BLUEBELL CIR., EVERGREEN, CO 80439 received personally by RUSSELL STRAUB.

DELIVERED TO THE ABOVE-MENTIONED WAS A SUMMONS IN A CIVIL ACTION AND ORIGINAL COMPLAINT.